1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ORDER OF DISMISSAL**

RICKEY LOUIS ALFORD,

     Plaintiff,

     v.

BLACK CAUCUS, et al.,

     Defendants.

Case No. 18-cv-07819-JST (PR)

RICKEY LOUIS ALFORD,

     Plaintiff,

     v.

XAVIER BECERRA, et al.,

     Defendants.

Case No. 18-cv-07820-JST (PR)

Plaintiff was ordered on January 29, 2019 to pay the filing fee of $400 in each of the above cases or to show cause by February 28, 2019 why his in forma pauperis (IFP) applications should not be barred by 28 U.S.C. § 1915(g). He has filed a document entitled "amended complaint," which is difficult to understand and, in any event, does not show that the restrictions of section 1915(g) do not apply to him. Accordingly, his IFP applications are DENIED.

The actions are DISMISSED without prejudice to plaintiff raising his claims in a new paid complaint. A $400.00 filing fee must be paid in each separate action that plaintiff wishes to pursue.

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

Dated: March 11, 2019



JON S. TIGAR
United States District Judge